UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DISPLAY TECHNOLOGIES, LLC,
         Plaintiff,

v.

INFORMED DATA SYSTEMS, INC., d/b/a/
One Drop,
         Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 441 (VB)

     Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case must be designated for assignment to the White Plains courthouse if:

    i.    The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

    ii.   The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

A civil case may also be designated for assignment to White Plains if:

    iii.  The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

    iv.  At least half of the parties reside in the Northern Counties.

     Here, according to the complaint, plaintiff is a Texas limited liability company located in Florida, and defendant is a Delaware corporation with a principal place of busines in Manhattan. Thus, plaintiff alleges no facts indicating this claim arose in whole or in major part in the Northern Counties, or that any party resides in the Northern Counties. Therefore, it does not appear this case was properly designated to White Plains.

     Accordingly, by **January 27, 2022**, plaintiff's counsel shall submit a letter explaining in detail why the case is properly designated for assignment to the White Plains courthouse under Rule 18 or acknowledging that it should be reassigned to the Manhattan courthouse.

Dated: January 20, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge