IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § § Plaintiff, § § vs. § § INFORMED DATA SYSTEMS, INC., § d/b/a One Drop, § § Defendant. § § | Case No: 7:22-cv-00441 PATENT CASE |

### AFFIDAVIT OF JAY JOHNSON

COUNTY OF DALLAS   )
                   )
STATE OF TEXAS     )

Under penalties of perjury under Federal law, I hereby attest:

1. I am in good standing of the bar of the Supreme Court of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I have read and understood and will follow the Local Rules of the Southern District of New York.

Dated: January 20, 2022.

**JAY JOHNSON**

Sworn and subscribed before me, by means of physical presence, notarized this 20th day of January, 2022, by Jeannine Jiral.

JEANNINE C. JIRAL
Notary Public, State of Texas
Comm. Expires 10-04-2024
Notary ID 10590336

Notary Public, State of Texas

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jay Brett Johnson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of April, 2009.

I further certify that the records of this office show that, as of this date

**Jay Brett Johnson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 14th day of January, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 0440C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.