**Kizzia Johnson** PLLC
1910 Pacific Ave, SUITE 13000
DALLAS, TEXAS  75201
(W) 214.451.0164
(F) 214.451.0165
KJPLLC.COM

Jay Johnson
214.451.0164
jay@kjpllc.com

January 26, 2022

Honorable Vincent L. Briccetti
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
<u>*via CM/ECF*</u>

RE:   *Display Technologies, LLC v. Informed Data Systems, Inc.*
      Civil Action No.: 7:22-cv-00441-VB

Dear Judge Briccetti:

In response to the Court's Order [Doc. 6] dated January 20, 2022, Plaintiff acknowledges that the above-referenced case should be reassigned to the Manhattan courthouse.

Thank you for your attention to this matter. If you have any questions or concerns, please contact our office.

Regards,
Kizzia Johnson PLLC


*/s/ Jay Johnson*
Jay Johnson

JJ/ak