UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**INFORMED DATA SYSTEMS, INC.,**<br>d/b/a One Drop,<br><br>**Defendant.** | **Case No: 1:22-cv-00441-JMF**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

Informed Data Systems, Inc. d/b/a One Drop ("One Drop") moves under Rule 12(b)(6) to dismiss with prejudice Count I of Display Technologies, LLC's ("Display Techs's") Complaint for failure to plausibly allege infringement of U.S. Patent No. 9,300,723. The cases and authorities relied upon in support of One Drop's motion are set forth in the accompanying Memorandum of Law.

-2-

Dated: March 14, 2022

                                             Respectfully submitted,

                                             Perkins Coie LLP

                                             By: */s/ Matthew J. Moffa*
                                                  Matthew J. Moffa
                                                  PERKINS COIE LLP
                                                  1155 Avenue of the Americas, 22nd Floor
                                                  New York, New York 10036-2711
                                                  Tel: 212.262.6900
                                                  Fax: 212.977.1649
                                                  MMoffa@perkinscoie.com

                                                  M. Craig Tyler
                                                  (pro hac vice forthcoming)
                                                  PERKINS COIE LLP
                                                  500 W 2nd St, Suite 1900
                                                  Austin, TX  78701-4687
                                                  Tel: (737) 256-6113
                                                  Fax: (737) 256-6300
                                                  Email: CTyler@perkinscoie.com

                                                  Adam G. Hester
                                                  (pro hac vice forthcoming)
                                                  PERKINS COIE LLP
                                                  33 E Main Street, Suite 201
                                                  Madison, WI 53703
                                                  Tel:  650-838-4311
                                                  Fax:  650-838-4350
                                                  Email:  AHester@perkinscoie.com

                                                  ***Attorneys for Defendant Informed Data Systems, Inc. d/b/a One Drop***

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 14, 2022, I served a true and correct copy of the foregoing document on all counsel of record via the Court's CM/ECF system.

                                              By: */s/ Matthew J. Moffa*
                                                     Matthew J. Moffa