UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>　　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**INFORMED DATA SYSTEMS, INC.,**<br>d/b/a One Drop,<br><br>　　　　　　　　　**Defendant.** | Case No: 1:22-cv-00441-JMF<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF MATTHEW J. MOFFA IN SUPPORT OF
MOTION TO DISMISS UNDER FRCP 12(b)(6) OF DEFENDANT
INFORMED DATA SYSTEMS, INC., D/B/A ONE DROP**

I, **MATTHEW J. MOFFA**, do declare and state as follows:

　　I am a partner at Perkins Coie LLP licensed to practice law in the State of New York and counsel for defendant Informed Data Systems, Inc., d/b/a One Drop ("One Drop") in the present action. I make this Declaration based on my personal knowledge and in support of Defendant's Motion to Dismiss.

　　1.　　Attached as Exhibit 1 is a true and correct copy of a listing of cases involving U.S. Patent No. 9,300,723.

　　2.　　Attached as Exhibit 2 is a true and correct copy of an Order from *Display Technologies, LLC v. Aston Martin, LLC*, No. 20-258 (D. Del. Aug. 5, 2021), ECF No. 24.

　　3.　　Attached as Exhibit 3 is a true and correct copy of correspondence from M. Craig Tyler dated February 28, 2022.

　　4.　　Attached as Exhibit 4 is a true and correct copy of a website printout, https://onedrop.today/products/glucose-meter-kit printed at my direction on March 14, 2022.

- 2 -

5. Attached as Exhibit 5 is a true and correct copy of a website printout, https://onedrop.today/blogs/support/meter-setup printed at my direction on March 14, 2022.

6. Attached as Exhibit 6 is a true and correct copy of the August 13, 2015 examiner search results excerpted from the prosecution history of U.S. Patent No. 9,300,723.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2022

By: /s/ Matthew J. Moffa
      Matthew J. Moffa